IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN CARLOS RODRIGUEZ, | : |
|     Petitioner | : |
| | : |
| v. | : CIVIL NO. 1:12-CV-258 |
| | : |
| COURT OF COMMON PLEAS | : |
| OF LACKAWANNA COUNTY, *et al.*, | : |
|     Respondents | : |

*O R D E R*

AND NOW, this 16th day of March, 2012, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 4), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1. The R&R (Doc. 4) is adopted.

    2. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED, without prejudice to Petitioner's ability to file a similar petition after he has exhausted state remedies.

    3. The Clerk of Court shall close this file.

                                                     /s/ William W. Caldwell
                                                     William W. Caldwell
                                                     United States District Judge